UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 13-03787-MWF (RZx)**    Date:  **June 10, 2013**

Title:   Deutsche Bank National Trust Company -v- John R. Nordblad, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present     None Present

PROCEEDINGS (IN CHAMBERS):  ORDER REMANDING ACTION TO STATE COURT

Plaintiff Deutsche Bank National Trust Company filed a limited action, unlawful detainer complaint in California Superior Court. (*See* Docket No. 1). On April 16, 2013, Defendant John R. Norblad removed this action to this Court. (*See* CV 13-02647, Docket No. 1).

On April 29, 2013, the Court issued an Order to Show Cause Re: Lack of Jurisdiction. (CV 13-02647, Docket No. 4). Mr. Norblad's Notice of Removal (CV 13-02647, Docket No. 1) had not adequately alleged subject matter jurisdiction. (*See* CV 13-02647, Docket No. 4).

On May 20, 2013, Mr. Norblad filed a Response. (CV 13-02647, Docket No. 7). The Response failed to demonstrate that federal subject matter jurisdiction existed over this action. Consequently, on May 23, 2013, the Court remanded this action to the Superior Court of the State of California for the County of Los Angeles. (CV 13-02647, Docket No. 8).

On May 28, 2013, Mr. Norblad again removed this action to this Court. (Docket No. 1). However, for the same reasons articulated in the Court's April 29 and May 23, 2013 Orders, Mr. Norblad's (second) Notice of Removal again fails to adequately allege subject matter jurisdiction. (*See* CV 13-02647, Docket Nos. 4, 8).

UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-03787-MWF (RZx)**     Date: **June 10, 2013**

Title:     Deutsche Bank National Trust Company -v- John R. Nordblad, et al.

---

       Mr. Norblad's apparent counterclaim does not count toward the $75,000 amount in controversy requirement in federal court. *See Wachovia Mortgage FSB v. Atencio*, No. C09-5275 (BZ), 2010 WL 1221804, at *1 (N.D. Cal. Mar. 9, 2010) ("Even if defendant had filed counterclaims, the majority of courts . . . have held that the amount in controversy is to be determined solely by reference to plaintiff's complaint." (citation and internal quotation marks omitted)); *HSBC Bank USA, N.A. v. Bryant*, No. 09-CV-1659-IEG (POR), 2009 WL 3787195, at *4 n.5 (S.D. Cal. Nov. 10, 2009) ("[T]he great weight of authority is against allowing the defendant's potential [counterclaim] recovery to support diversity jurisdiction where the plaintiff's claimed damages, by themselves, are below the jurisdictional amount – at least in the context of jurisdiction upon removal."); *Mesa Indus. v. Eaglebrook Prods., Inc.*, 980 F. Supp. 323, 326 (D. Ariz. Oct. 10, 1997) (noting that the "great weight of authority" supports the rule that the "amount of a counterclaim may not be considered in determining the amount in controversy").

       Accordingly, this action is REMANDED to the Superior Court of the State of California for the County of Los Angeles.

       The Court may not provide advice to ***any*** party, including persons who are not represented by a lawyer. (Such persons are known as "pro se litigants.") However, this District does have a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court. The Clinic is administered by Public Counsel, a public interest law firm, and it is staffed by lawyers and a paralegal. In order to benefit from the guidance that the Clinic may be in a position to provide, pro se litigants (in this case, Mr. Norblad) have to go there directly. The Pro Se Clinic is open to members of the public on Mondays, Wednesdays and Fridays, and is open from 9:30 a.m. to 12:00 p.m. (noon) and from 2:00 p.m. to 4:00 p.m. Individuals seeking assistance are seen on a first-come, first-served basis. The clinic is located in Room G-19 on the Ground Floor of the U.S. Courthouse at 312 N. Spring Street, Los Angeles, California.

       Although the Clinic does ***not*** provide assistance telephonically, a pro se litigant may call the Clinic to obtain further information. The telephone number is (213) 385-2977, ext. 270. Again, the Clinic does ***not*** provide any assistance over

---

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-03787-MWF (RZx)**           Date:   **June 10, 2013**

Title:   Deutsche Bank National Trust Company -*v*- John R. Nordblad, et al.

---

the telephone; the purpose of a telephone call would be *only* to get more information about the Clinic. In addition, the Court has information of importance to pro se litigants at the "Pro Se" link on its website, http://www.cacd.uscourts.gov.

    IT IS SO ORDERED.